IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

T&T MARINE, LLC                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 4:10-CV-14-P-S

TRUCKLA SERVICES, INC. and
JOHN DOE INSURANCE COMPANY                                   DEFENDANTS

## **ORDER**

This matter is before the court on the *ore tenus* motion of the defendants for an extension of time in which to Answer or otherwise plead. After considering the motion, the court finds it well-taken.

IT IS, THEREFORE, ORDERED that aforementioned defendants shall respond no later than April 7, 2010.

SO ORDERED, this the 18th day of March, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE